

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00246-CV

IN RE TITEFLEX CORPORATION, GASTITE DIVISION, RELATOR

Original Proceeding

July 31, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

On June 28, 2014, Relator, Titeflex Corporation, filed its petition for writ of mandamus in which it requested that this Court compel Respondent, the Honorable Ruben Reyes, presiding judge of the 72nd District Court of Lubbock County, to grant Relator's motion for a continuance. This Court granted an emergency stay of the proceedings on June 28. On July 25, 2014, Relator filed its unopposed motion to dismiss its petition in which Relator represents to the Court that the parties have come to a confidential settlement agreement which renders moot the underlying subject of the mandamus action.

Consequently, we dispense with the ten-day waiting period on this motion, grant Relator's motion, and dismiss Relator's petition for writ of mandamus. *See* TEX. R. APP. P. 10.3(a)(2).


Mackey K. Hancock
Justice